UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:08CR00195 |
| v. | ) | and 3:09CR00123 |
| | ) | JUDGE WISEMAN |
| PAVAN VOLETI | ) | |
| | ) | |

## CORRECTED
## CONSENT ORDER OF FORFEITURE AS TO PAVAN VOLETI'S INTEREST IN ITEMS SOUGHT FOR FORFEITURE

Based upon the agreement of the parties and the Judgment and Commitment Order entered herein, the Court finds as follows:

WHEREAS on September 9, 2008, an Information charging violations of 18 U.S.C. §§ 1029(a)(1) and 1029(a)(4) was filed against Defendant Pavan Voleti in United States District Court for the Middle District of Tennessee Case Number 3:08CR00195.

WHEREAS on May 27, 2009, an Indictment charging violations of 18 U.S.C. §§ 1029(a)(1), 1029(a)(3) and 1029(a)(4) was filed against Defendant Pavan Voleti in United States District Court for the Middle District of Tennessee Case Number 3:09CR00123.

WHEREAS on November 16, 2009, Defendant Pavan Voleti pled guilty to Count One of the Information filed in case 3:09CR00195 charging the production, use and trafficking in counterfeit credit cards in violation of 18 U.S.C. § 1029(a)(1); and in case 3:09CR00123 to Count Three of the Indictment, charging the possession of device-making equipment in violation of 18 U.S.C. § 1029(a)(4).

WHEREAS on November 20, 2009 the defendant was sentenced and Judgment in a Criminal Case (D.E. 49) entered against the defendant sentencing him to, among other things, forfeit "Any

and all computer, printing, data storage devices and other equipment and property used or intended to be used in committing the offense."

WHEREAS the following computer/electronic equipment:

1. Alienware Lap top computer: Model# M17-R1, Serial # AW-DC-616841A,

2. Acer Aspire T180 Desktop Tower: Serial # PTS560Y0547190BF22704,

3. Microsoft Wireless Mouse,

4. Dynex Keyboard: Serial # 8F24A000805,

5. Planar Monitor: Serial Number: A598408F0221K0340,

6. Dell Inspiron Lap Top: Serial Number: 0UW744-48643-76R-0154,

7. Micro Innovations Keyboard: Serial Number: 080605203,

8. Hp Deskjet F4140 All-In-One: Serial Number CN7BR5G23W,

9. Epson Stylus C88 Printer: Serial Number: JKDY144788, and

10. Oregon Laminators Company: Serial Number AHG177756

and

1. Zebra P310 ID/Credit Card Maker

2. ALPS MD-5000 Printer

3. MSR 206 S/N: B001378 Re-encoder

4. MSR 206 S/N B000760 Re-encoder

5. Compaq Laptop S/N: CNF71048QH

6. Dell Laptop Model # HH46y91 Inspirion 6400 Laptop

7. Staples Laminator Model #: LM1910

8. Fargo Printer S/N: A7240189 High Def I.D. Card Printer

9. Dell Laptop S/N: 07898349590528 Inspirion

10. Custom Card Embosser S/N: A9934568 CCS200

11. TOHO Seike Co. Manual Foil Tipper S/N: A991951

12. Cardmaker V S/N 901981

(hereinafter collectively referred to as "Subject Property") are subject to forfeiture because it was used or intended to be used to commit the offenses to which Defendant Pavan Voleti has pled guilty.

WHEREAS, the defendant has agreed to forfeiture of the Subject Property.

Now, therefore, upon the agreement of the parties,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the defendant's interest in the Subject Property is hereby forfeited to the United States pursuant to this Forfeiture Consent Judgment.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the United States Secret Service, Department of Treasury and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described Subject Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon entry of this Order, the Secretary of the Treasury (or his designee) is authorized to commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order, in accordance with Fed. R. Crim. P. 32.2.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that upon entry of this Order forfeiting the defendant's interest in the Subject Property, the United States shall publish notice of the order and its intent to dispose of the property in such a manner as the Secretary of the

Treasury (or his designee) may direct on-line at "www.forfeiture.gov," the official internet government forfeiture site, for 30 consecutive days. The United States shall also, to the extent practicable, provide written notice to any person known to have alleged an interest in the Subject Property.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that any person, other than the defendant, asserting any legal interest in the Subject Property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the final order and judgment of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the Subject Property, and shall dispose of the property according to law. The defendant hereby waives the requirements of Fed. R. Crim. P. 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant.

Document #52 is DENIED as moot.

**IT IS SO ORDERED** on this, the 28th day of JUNE, 2011

                                                                              _____
                                                                              DISTRICT JUDGE WISEMAN

**APPROVED FOR ENTRY:**

Jerry E. Martin
United States Attorney
Middle District of Tennessee


s/ Debra T. Phillips
Debra T. Phillips
Assistant United States Attorney
110 Ninth Avenue South, Suite A-961
Nashville, Tennessee 37203-3870
615-736-5151
Attorneys for the United States of America


s/ Patrick G. Frogge w/permission
Patrick G. Frogge, Attorney for the Defendant
Bell, Tennent & Frogge, PLLC
Bank of America Plaza
414 Union Street, Suite 904
Nashville, TN 37219
Attorneys for Pavan Voleti